# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kerry P. Faughnan,<br>Attorney at Law, Bar No. 12204 | Case No. 2:23-ms-00011<br><br>ORDER OF SUSPENSION |

On March 2, 2023, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of March 4, 2023. The OSC provided Mr. Faughnan with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. Mr. Faughnan filed a response on March 31, 2023 (ECF No. 4), acknowledging that this Court should impose a reciprocal, temporary suspension.

It is therefore ordered that Kerry P. Faughnan, Bar No. 12204, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 5th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 6th Day of April 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Kerry P. Faughnan
> c/o Rob Bar, Esq.
> 150 Las Vegas Blvd. N., #1812
> Las Vegas, NV 89101

Certified Mail No.: 7020 3160 0000 7420 3531

> Kerry P. Faughnan
> Glenn M. Machado, Esq.
> 850 S. Boulder Hwy., #510
> Henderson, NV 89015

Certified Mail No.: 7020 3160 0000 7420 3548


/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada